```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. F. No. 05-0368 AWI/OWW |
| Plaintiff, | ) |
| v. | ) ORDER |
| SANTOS RAFAEL ISLAS RAMIREZ,<br>   aka Rafael Ramirez Santos, | ) |
| Defendant. | ) |

Having read and considered the Government's Motion to Dismiss, the Court dismisses the Second Superseding Indictment without prejudice in the interest of justice.

DATED: October 10, 2006      _/s/ OLIVER W. WANGER_____
                             OLIVER W. WANGER
                             Senior U.S. District Judge